UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILDRED DELGADO, | ) | NO. CV 13-6825-DDP (MAN) |
|     Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| DANIEL PORANO, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order Denying Motion,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 23, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE